UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cr-80076-RLR-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARVEY DALE REYNOLDS, JR.,

    Defendant.

_____/

## REPORT & RECOMMENDATION

Defendant, HARVEY DALE REYNOLDS, JR, appeared before the Court on December 15, 2023, represented by counsel, for a final hearing for violations of his supervised release. Defendant was convicted of conspiracy to possess with intent to distribute 500 grams or more of cocaine, 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)(ii) and was sentenced to 6 months of imprisonment followed by 4 years of supervised release with certain special conditions. Defendant's term of supervised release commenced on July 22, 2021.

Defendant is now charged with the following violations of his conditions of supervision:

1. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 26, 2023, in St. Lucie County, Florida, Defendant did commit the offense of Possession of Marijuana over 20 grams, contrary to Florida Statute 893.13(6)(A).

2. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 26, 2023, in St. Lucie County, Florida, Defendant did commit the offense of Possession with Intent to Sell, Manufacture, or Deliver Marijuana, contrary to Florida Statute 893.13(1)(A)(2).

3. **Violation of Mandatory Condition**, by unlawfully possessing a controlled substance. On or about September 26, 2023, Defendant was found in possession of Marijuana by the St. Lucie County Sheriff's Office and charged with Possession of Marijuana over 20 grams, contrary to Florida Statute 893.13(6)(A).

At the hearing, Defendant knowingly, voluntarily, and with advice from counsel admitted to committing all violations of his supervised release.

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept Defendant's admissions and find him guilty of committing all violations of his supervised release as charged in open court. The Court further **RECOMMENDS** that this matter be set down for sentencing before the presiding U.S. District Judge.

A party shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with U.S. District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida this 17th day of December 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE